**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-1256

HAROLD H. HODGE, JR., next of kin and friends of B.N.H. and
B.S.H.; CHANTE' N. HODGE, next of kin or friends of B.N.H.
and B.S.H.,

Plaintiffs - Appellants,

v.

CALVERT COUNTY PUBLIC SCHOOLS; ROBERT L. GRAY, CCPS, Board
Member  President;  ROBIN  WELSH,  CCPS,  Assistant
Superintendent; KIMBERLY H. ROOF, CCPS, Director of Student
Services; KEVIN MICHAEL, CCPS, Director of Personnel and
Employee Relations; WILLIAM J. PHALEN, Sr., CCPS, Board
Member; SAINT LEONARD ELEMENTARY SCHOOL; DENNIS VOGEL, SLES,
Vice Principal; MARJORIE REARDON, SLES, Schools' Registered
Nurse; BEVERLY BUEHLER, SLES, Schools' Secretary; TONI
CHAPMAN, SLES, Principal; SOUTHERN MIDDLE SCHOOL; KEVIN
MCDOWELL, SMS Gym Teacher,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Roger W. Titus, District Judge.  (8:07-
cv-03207-RWT)

Submitted:  October 21, 2008      Decided:  October 23, 2008

Before MICHAEL, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Harold H. Hodge, Jr., Chante'N. Hodge, Appellants Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harold Hodge, Jr. and Chante' N. Hodge, individually and as parents of B.N.H. and B.S.H., appeal the district court's order dismissing their civil action alleging discrimination, constitutional violations, and medical malpractice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hodge v. Calvert County Public Schools, et al., No. 8:07-cv-03207-RWT (D. Md. Feb. 1, 2008). We also deny the motion to amend the informal brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2